PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SAUL D. ENRIGUEZ <br><br> Defendant. | Case No. 5:24-po-00214-CDB <br><br> [Citation #E2090260, CA14] <br><br> MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:24-po-00214-CDB against SAUL D. ENRIGUEZ [Citation #E2090260, CA14], without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 18, 2024                    Respectfully submitted,

                                                        PHILLIP A. TALBERT
                                                        United States Attorney

                                      By:    /s/ *Chan Hee Chu*
                                                    CHAN HEE CHU
                                                    Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Rule 48(a), Fed. R. Crim. P., that Case No. 5:24-po-00214-CDB [Citation #E2090260, CA14] against SAUL D. ENRIGUEZ, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **November 18, 2024**

_____
UNITED STATES MAGISTRATE JUDGE